STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**CASTULO MERCADO ORTIZ**  Case No.  11-02541-SEK

Chapter 13  Attorney Name:  MARILYN VALDES ORTEGA*

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [X] Substitute | Ada M. Henriquez | | |

Date & Time:  6/9/2011  8:19:00AM

[X] R    [ ] NR   LV: $132,892.00

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

None

**II. Oath Administered**
   [X] Yes          [ ] No

**III. Plan**

Date:  05/24/2011     Base:  $75,000.00   Payments 2 made out of 2 due.

Confirmation Hearing Date:  5/27/2011  9:00:00AM

Evidence of Pmt shown:

Attorney's fees as per R. 2016(b)

   $3,000.00  -  $525.00  =  $2,475.00

**IV. Status of Meeting**

[X] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**CASTULO MERCADO ORTIZ**  Case No.  11-02541-SEK

Chapter 13    Attorney Name:  **MARILYN VALDES ORTEGA***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [X] Tax returns missing |
| [ ] Fails liquidation value test | [X] State - years 2007 thru 2009 |
| [ ] Insuarence quote | [X] Federal - years 2007 thru 2010 |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| | [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information | [ ] Premises |
| | [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1. Wet signature on petition is undated.  Debtor does not remember when he signed it.  On the other hand we have a petition on file which is signed electronically on March 28, 2011, the filing date.  In the oipinion of the Trustee this filing constitutes a violation of Bankruptcy Rule 9011 and General Order regarding the filing by ECF/CM. Trustee to address the matter with the Court. 2. Debtor has not and is not paying monthly the IVU tax and per his certificate he is a retaining agent.  3. March and April 2011 reports do not sustain an average $8,505.00 monthly income.  4. Amend schedule J since mortgage expense is now $1,173.00. 5. Debtor only showed his 2010 tax return as filed. 6. Debtor has not budgeted tax expense of any kind.

s/Alejandro Oliveras                                         Date:    06/09/2011

Trustee/Presiding Officer                                                   (Rev. 02/11)